UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUST MARION JANIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>_____ | 1:04-CV-05812-AWI-SMS-P<br><br>ORDER GRANTING SECOND EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br>(DOCUMENT #24) |

　　　　On May 2, 2005, plaintiff filed a motion for a second extension of time to file a second amended complaint, pursuant to the court's order of February 4, 2005.  Plaintiff requests a sixty-day extension of time due to his medical condition and lack of access to the law library.  Plaintiff shall be granted a forty five-day extension of time without prejudice to renewal of the motion.  Accordingly, good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted **forty-five (45) days** from the date of service of this order in which to file a second amended complaint.

IT IS SO ORDERED.

**Dated:   May 18, 2005**　　　　　　　　　　／s/ Sandra M. Snyder
i0d3h8　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE