# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUST MARION JANIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-CV-5812-AWI-SMS-P<br><br>ORDER GRANTING REQUEST FOR STATUS<br>(Doc. 29) |

　　　On January 17, 2006, plaintiff filed a request seeking the status of this case. Ordinarily the court does not respond to status requests. However, because the First Informational Order had not yet been issued in this case, the court will make an exception.

　　　Plaintiff's amended complaint is pending before the court for screening. 28 U.S.C. § 1915A. The court has a large number of prisoner civil rights cases pending before it and will screen plaintiff's amended complaint in due course. Plaintiff is referred to paragraph 12 of the First Informational Order, issued concurrently with this order.

IT IS SO ORDERED.

**Dated:　February 16, 2006**　　　　　　　　/s/ Sandra M. Snyder
icido3　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE