# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUST MARION JANIS,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>   Defendants.<br>_____/ | CASE NO. 1:04-cv-05812-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Docs. 39 and 41)<br><br>ORDER GRANTING PLAINTIFF THIRTY DAYS WITHIN WHICH TO FILE FOURTH AMENDED COMPLAINT, LIMITED TO AMENDED FTCA CLAIM |

   Plaintiff Gust Marion Janis ("plaintiff") is a federal prisoner proceeding pro se in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On April 3, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any Objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed a partial Objection to the Findings and Recommendations on April 30, 2007.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendations, filed April 3, 2007, is adopted in full;

1

2. Paragraphs 46 through 49, on pages 22 and 23, are stricken from the third amended complaint;

3. This action shall proceed on the following claims brought pursuant to Bivens:

    a. An Eighth Amendment medical care claim against defendants Herrera, Horton, Greggs, R. Johnson, Keffer, Smith, Henderson, Pacheco, Brown, Marshall, Tuite, Solis, and Stephenson based on the allegations set forth in paragraph 9;

    b. A retaliation claim against defendants Pacheco, Brown, Stephenson, and Claridy based on the allegations set forth in paragraph 10;

    c. An Eighth Amendment medical care claim against defendants Johnson, Tuite, and Smith based on the allegations set forth in paragraphs 11 and 12;

    d. An Eighth Amendment claim against defendants Sanford, Keffer, Herrera, Kramer, Smith, Johnson, and Haro based on the conditions of the cell plaintiff was confined in as set forth in paragraph 17;

    e. A retaliation claim against defendants Carlson and Horton based on the allegations set forth in paragraphs 23 and 24;

    f. A retaliation claim against defendants D. Nodle based on the allegations set forth in paragraph 35;

    g. An Eighth Amendment medical care claim against defendants Schultz, Gant, Booth, Luna, Stahley, Orozoco, Brown, Milligan, Rios, DeVere, Spencer, and Wolf based on the allegations set forth in paragraph 38;

    h. A retaliation claim against defendants Orozoco and Milligan based on the allegations set forth in paragraphs 44 and 45[1];

4. All other claims for violation of plaintiff's constitutional rights, brought pursuant to Bivens, are dismissed, with prejudice, for failure to state a claim;

///

---

[1] The first paragraph numbered 45.

2

5. Plaintiff's claim for declaratory relief is dismissed from this action and this action proceed as one for damages only;

6. Defendants Adams, Gunji, Lappin, Aramdarez, Gonzalez, Chavez, Bills, Falkowski, Klein, Sterling, Franco, Willis, Nodle, Oliva, and Flores are dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them; and

7. Plaintiff is granted **thirty (30) days** from the date of service of this order within which to file a fourth amended complaint amending his Federal Tort Claims Act claim, with the restriction that if plaintiff attempts to add any new claims or parties other than the United States to this action or includes any claims that have been dismissed, his fourth amended complaint will be stricken from the record and plaintiff will be subject to sanctions for failing to obey a court order.

IT IS SO ORDERED.

**Dated:   May 10, 2007**            /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE