1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUST MARION JANIS, | CASE NO. 1:04-cv-05812-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME UP TO AND INCLUDING **JULY 10, 2007**, WITHIN WHICH TO FILE A FOURTH AMENDED COMPLAINT |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | (Doc. 44) |
| _____/ | |

    Plaintiff Gust Marion Janis ("plaintiff") is a federal prisoner proceeding pro se in this civil action.  On May 11, 2007, plaintiff was ordered to file a fourth amended complaint.  On May 25, 2007, plaintiff filed a  motion seeking an extension of time.

    Good cause having been shown, plaintiff's motion for an extension of time up to and including **July 10, 2007**, within which to file a fourth amended complaint is HEREBY GRANTED.


IT IS SO ORDERED.

**Dated:    May 30, 2007**              /s/ **Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE

1