# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUST MARION JANIS,<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>      Defendants. | CASE NO. 1:04-cv-05812-AWI-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME UP TO AND INCLUDING **AUGUST 25, 2007**, WITHIN WHICH TO FILE A FOURTH AMENDED COMPLAINT<br><br>(Doc. 46) |

    Plaintiff Gust Marion Janis ("plaintiff") is a federal prisoner proceeding pro se in this civil action. On May 11, 2007, plaintiff was ordered to file a fourth amended complaint. On July 9, 2007, plaintiff filed a motion seeking an extension of time.

    Good cause having been shown, plaintiff's motion for an extension of time up to and including **August 25, 2007**, within which to file a fourth amended complaint is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   July 27, 2007**                    /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE