IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUST MARION JANIS,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>   Defendants.<br>_____/ | 1:04-cv-05812-AWI-SMS (PC)<br><br>SECOND ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE FOURTH AMENDED COMPLAINT<br><br>(DOCUMENT #48) |

  Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 20, 2007, plaintiff filed a motion for extension of time to file a fourth amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

  Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file a fourth amended complaint.

IT IS SO ORDERED.

**Dated:   September 4, 2007**          /s/ Sandra M. Snyder
                UNITED STATES MAGISTRATE JUDGE