# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUST MARION JANIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-05812-AWI-SMS PC<br><br>ORDER DENYING MOTION FOR STAY AND GRANTING NINETY-DAY EXTENSION OF TIME TO FILE A FOURTH AMENDED COMPLAINT<br><br>(Doc. 52) |

Plaintiff Gust Marion Janis ("plaintiff") is a federal prisoner proceeding pro se in this civil action. On May 11, 2007, plaintiff was ordered to file a fourth amended complaint. On September 24, 2007, plaintiff filed a motion seeking a ninety-day stay of this action, due to transfers to various institutions, which have been occurring since June 5, 2007.

Plaintiff's motion for a stay is denied. However, good cause having been shown, plaintiff's motion for a ninety-day extension of time within which to file a fourth amended complaint is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:    October 25, 2007**　　　　　　　　　／s／ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE