1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  | GUST MARION JANIS,                          CASE NO. 1:04-cv-05812-AWI-SMS PC

10 |                          Plaintiff,        ORDER FINDING SERVICE OF PLAINTIFF'S
                                                FOURTH AMENDED COMPLAINT
11 | v.                                         APPROPRIATE, AND FORWARDING
                                                SERVICE DOCUMENTS TO PLAINTIFF FOR
12 | UNITED STATES OF AMERICA, et al.,          COMPLETION AND RETURN WITHIN
                                                THIRTY DAYS
13 |                          Defendants.
                                                (Doc. 55)
14 | _____/

15
16        Plaintiff Gust Marion Janis ("Plaintiff") is a federal prisoner proceeding pro se in this civil

17 action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S.

18 388 (1971), which provides a remedy for violation of civil rights by federal actors, and pursuant to

19 28 U.S.C. § 1346(b) (the Federal Tort Claims Act), which provides a limited remedy for torts

20 committed by federal employees.  Plaintiff filed the original complaint in this action on June 10,

21 2004.  Now pending before the Court is Plaintiff's fourth amended complaint, filed January 18,

22 2008.

          Pursuant to U.S.C. § 1915A, the Court has screened Plaintiff's fourth amended complaint
23
in conjunction with the limiting instructions set forth in the Court's order of May 11, 2007, and finds
24
that service is appropriate.[1]  Accordingly, IT IS HEREBY ORDERED that:
25

26 _____

27        [1] Pursuant to the Court's limiting order, the claims in this action are as follows: 1) a FTCA claim against the
United States; 2) an Eighth Amendment medical care claim against Defendants Herrera, Horton, Greggs, R. Johnson,
Keffer, Smith, Henderson, Pacheco, Brown, Marshall, Tuite, Solis, and Stephenson based on the allegations set forth
28 in paragraph 9; 3) a retaliation claim against Defendants Pacheco, Brown, Stephenson, and Claridy based on the
allegations set forth in paragraph 10; 4) an Eighth Amendment medical care claim against Defendants Johnson,

1.    Service is appropriate for the following Defendants:

UNITED STATES OF AMERICA

AL HERRERA, WARDEN

JOE HORTON

GREGGS

R. JOHNSON

JOE KEFFER

D. SMITH

JOE HENDERSON

ROBERT PACHECO

MATTHEW J. BROWN

MARSHALL

ROBERT TUITE

RAY SOLIS

MARK STEPHENSON

DAN CLARIDY

JOHNSON

M. SANFORD

KRAMER

JOHNSON

ROBERT HARO

---

Tuite, and Smith based on the allegations set forth in paragraphs 11 and 12; 5) an Eighth Amendment claim against Defendants Sanford, Keffer, Herrera, Kramer, Smith, Johnson, and Haro based on the conditions of the cell Plaintiff was confined in as set forth in paragraph 17; 6) a retaliation claim against Defendants Carlson and Horton based on the allegations set forth in paragraphs 23 and 24; 7) a retaliation claim against Defendants D. Nodle based on the allegations set forth in paragraph 35; 8) an Eighth Amendment medical care claim against Defendants Schultz, Stahley, Orozoco, Milligan, Rios, DeVere, Spencer, and Wolf based on the allegations set forth in paragraph 38; and 9) a retaliation claim against Defendants Orozoco and Milligan based on the allegations set forth in paragraphs 44 and 45. The paragraphs referenced are from Plaintiff's third amended complaint and are incorporated into Plaintiff's fourth amended complaint for reference. Regardless of the inclusion by Plaintiff of additional names in his fourth amended complaint, this action is proceeding only on those claims against those Defendants set forth in the Court's order of May 11, 2007.

1    T. CARLSON

2    DEBRA M. NODLE

3    PAUL M. SCHULTZ

4    THOMAS W. STAHLEY

5    M. E. OROZOCO

6    C. MILLIGAN

7    RAY F. RIOS

8    J. DEVERE

9    J. SPENCER

10   A. WOLF

11   2.   The Clerk of the Court shall send Plaintiff thirty (30) USM-285 forms, thirty (30)

12        summonses, a Notice of Submission of Documents form, an instruction sheet, and

13        a copy of the fourth amended complaint filed January 18, 2008.

14   3.   Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

15        attached Notice of Submission of Documents and submit the completed Notice to the

16        Court with the following documents:

17        a.   Completed summons;

18        b.   One completed USM-285 form for each defendant listed above; and

19        c.   Thirty-one (31) copies of the endorsed fourth amended complaint filed

20             January 18, 2008.

21   4.   Plaintiff need not attempt service on Defendants and need not request waiver of

22        service.  Upon receipt of the above-described documents, the Court will direct the

23        United States Marshal to serve the above-named Defendants pursuant to Federal Rule

24        of Civil Procedure 4 without payment of costs.

25   ///

26   ///

27   ///

28   ///

3

1        5.      The failure to comply with this order will result in a recommendation that this action

2                be dismissed.

3

4    IT IS SO ORDERED.

5    **Dated:    February 29, 2008**                    **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE
6