# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUST MARION JANIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:04-cv-05812-AWI-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SIXTY-DAY EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO STAY CASE<br><br>(Doc. 73)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE FOURTH AMENDED COMPLAINT, AND RELIEVING DEFENDANTS OF THEIR OBLIGATION TO FILE RESPONSE UNTIL THEIR MOTION TO STAY IS RESOLVED AND THE COURT ORDERS THEIR RESPONSE<br><br>(Doc. 71) |

　　　　On June 19, 2008, Defendants filed a motion seeking an extension of time to file a response to the fourth amended complaint and seeking a stay in this action pending resolution of Plaintiff's action pending in the Central District of California. On July 7, 2008, Plaintiff filed a motion seeking an extension of time to file a response to Defendants' motion to stay this case.

　　　　The Court finds good cause to order as follows:

　　　　1.　　Plaintiff's motion for an extension of time to file a response to Defendants' motion to stay this case, filed July 7, 2008, is GRANTED;

///

2. Plaintiff shall file his response within **sixty (60) days** from the date of service of this order;

3. Defendants' motion for an extension of time to file a response to the fourth amended complaint, filed June 19, 2008, is GRANTED; and

4. All Defendants are relieved of their obligation to file a response to the fourth amended complaint until the Court issues a ruling a the motion to stay and orders their response to the fourth amended complaint.

IT IS SO ORDERED.

Dated:   **July 10, 2008**               /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE