# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUST MARION JANIS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:04-cv-05812-AWI-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO STAY CASE<br><br>(Doc. 75)<br><br>SIXTY-DAY DEADLINE |

On September 5, 2008, Plaintiff filed his second motion seeking an extension of time to file a response to Defendants' motion to stay this case.

Plaintiff's motion is HEREBY GRANTED. Plaintiff's response is due within **sixty (60) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   October 2, 2008             /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE

1