# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUST MARION JANIS, | CASE NO. 1:04-cv-05812-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING STAY OF CASE, AND REQUIRING DEFENDANTS TO FILE A STATUS REPORT EVERY NINETY DAYS |
| v. | |
| UNITED STATES OF AMERICA, et al., | (Docs. 71 and 77) |
| Defendants. | |

Defendants have requested a stay of this case pending resolution of Plaintiff's action in the Central District of California, which involves a substantial overlap of claims. (Docs. 71, 77.) Plaintiff was granted two sixty-day extensions of time to respond to the request. (Docs. 74, 76.) The second extension was granted on October 2, 2008. More than sixty days have passed, and Plaintiff has neither filed a response to the request nor filed another motion for an extension of time.

Accordingly, Defendants' request for a stay, filed on June 19, 2008, and renewed on December 29, 2008, is HEREBY ORDERED GRANTED, and this case is stayed pending resolution of Plaintiff's case in the Central District of California. Defendants SHALL file a status report on the Central District case every ninety days.

IT IS SO ORDERED.

**Dated:   March 12, 2009**             /s/ Sandra M. Snyder
                                                             UNITED STATES MAGISTRATE JUDGE

1