# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GUST MARION JANIS,

                    Plaintiff,

        v.

UNITED STATES OF AMERICA, et al.,

                    Defendants.
_____/

CASE NO. 1:04-cv-05812-AWI-SMS PC

ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF CONSENT/DECLINE FORM, AND REQUIRING PLAINTIFF TO COMPLY WITH COURT'S ORDER OF JUNE 5, 2009, WITHIN THIRTY DAYS

(Doc. 81)

On June 5, 2009, the Court issued an order requiring the parties to consent to or decline United States Magistrate Judge jurisdiction within thirty days.  Defendant United States complied with the order but Plaintiff did not.

The Clerk's Office SHALL send Plaintiff a consent/decline form, and Plaintiff SHALL comply with the Court's order of June 5, 2009, within **thirty (30) days** from the date of service of this order.[1]

The failure to comply with the Court's order may subject Plaintiff to the imposition of sanctions.

IT IS SO ORDERED.

**Dated:    December 14, 2009                /s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

_____

[1] The order erroneously stated that this action was randomly assigned to Magistrate Judge Gary S. Austin. This action remains assigned to the undersigned and Chief United States District Judge Anthony W. Ishii.

1