# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUST MARION JANIS, | CASE NO. 1:04-cv-05812-SMS PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY DEFENDANTS HENDERSON, SOLIS, AND WOLF SHOULD NOT BE DISMISSED FROM THIS ACTION |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | RESPONSE FROM PLAINTIFF DUE IN THIRTY (30) DAYS |

Plaintiff Gust Marion Janis ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors, and pursuant to 28 U.S.C. § 1346(b) (the Federal Tort Claims Act), which provides a limited remedy for torts committed by federal employees. Plaintiff filed the original Complaint in this action on June 10, 2004. Now pending before the Court is Plaintiff's Fourth Amended Complaint, filed January 18, 2008. (Doc. 55.)

Pursuant to U.S.C. § 1915A, the Court screened Plaintiff's Fourth Amended Complaint in conjunction with the limiting instructions set forth in the Court's order of May 11, 2007, and found that it states a cognizable claim for relief under the Federal Tort Claims Act against the United States, Fed. R. Civ. P. 8(a), and that service is appropriate. (Docs. 43, 56.)

On April 4, 2008, the United States Marshal was ordered to initiate service of process on twenty-nine (29) Defendants. (Doc. 58.) Some of which efforts were successful and others were not. Service was returned un-executed as to Defendant Joe Henderson, with the word

1  "Deceased" written on the summons (Doc. 65), a suggestion of death was filed as to Defendant
2  Ray Solis, (Doc. 100), and the first attempt to serve Defendant A. Wolf was unsuccessful (Doc.
3  66) such that the U.S. Marshall was directed to contact the legal coordinator/affairs department at
4  FCI Lompoc to obtain and subsequently attempt to effect service via Wolf's last known address –
5  which resulted in return of an unexecuted summons with bearing a note that the United States
6  Postal Service was unable to forward (Doc. 115).  Thus, Defendants Henderson, Solis, and Wolf
7  were not successfully served, and they have not appeared in this action.

8  Therefore, Plaintiff shall be ordered to show cause why Defendants Henderson, Solis, and
9  Wolf should not be dismissed. Within thirty days, Plaintiff shall file a written response with the
10 Court explaining why Defendants Henderson, Solis, and Wolf should not be dismissed from this
11 action for failure to successfully complete service of process.  In the alternative, Plaintiff may file
12 a non-opposition to the dismissal of Defendants Henderson, Solis, and Wolf.

13 Accordingly, IT IS HEREBY ORDERED that:

14 1. Within thirty days from the date of service of this order, Plaintiff shall file a
15    written response showing cause why Defendants Henderson, Solis, and Wolf
16    should not be dismissed from this action for failure to successfully complete
17    service of process;
18 2. In the alternative, Plaintiff may file a written non-opposition to the dismissal of
19    Defendants Henderson, Solis, and Wolf; and
20 3. Plaintiff's failure to comply with this order shall result in a recommendation that
21    this action be dismissed.

24 IT IS SO ORDERED.

25 **Dated:    September 15, 2010**           /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE