# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUST MARION JANIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-05812-SMS PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO REPLY TO OPPOSITION TO MOTION TO DISMISS NUNC PRO TUNC<br><br>(Doc. 124)<br><br>REPLY DUE ON NOVEMBER 19, 2010 |

　　　　On September 15, 2010, Defendants filed a motion to extend time to reply to Plaintiff's opposition to Defendants' motion to dismiss.

　　　　IT IS HEREBY ORDERED that Defendants are granted **up to and including November 19, 2010** to file their reply to Plaintiff's opposition to Defendants' motion to dismiss nunc pro tunc.

IT IS SO ORDERED.

**Dated:   September 30, 2010**　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE